MATTHEW B. HIPPLER (Cal. Bar No. 212036)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel:  (775) 327-3000
Fax: (775) 786-6179

STEVEN G. JONES (*Pro Hac Vice application pending*)
EMILY C. SCHILLING (*Pro Hac Vice application pending*)
HOLLAND & HART LLP
222 So. Main Street, Suite 2200
Salt Lake City, UT 84101
Tel:  (801) 799-5800
Fax: (801) 799-5700

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a California nonprofit corporation; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 783, an organized labor union; RANDAL SIPES, JR., an individual; RUSSEL COVINGTON, an individual;<br><br>            Plaintiffs,<br><br>v.<br><br>MAMMOTH PACIFIC, L.P., a California Limited Partnership; ORMAT NEVADA, INC., a Delaware Corporation; ORMAT TECHNOLOGIES, INC. a Delaware Corporation; and DOES I-X, inclusive,<br><br>            Defendants. | **Case No.  2:14-cv-01612-MCE-KJN**<br><br>**STIPULATION AND ORDER RE: SERVICE OF INITIAL PAPERS AND DEADLINE FOR DEFENDANTS' ANSWER OR RESPONSE** |

# STIPULATION

Plaintiffs Global Community Monitor, Laborers' International Union of North America Local Union No. 783, Randal Sipes, Jr. and Russel Covington (collectively "Plaintiffs") and Defendants Mammoth Pacific, L.P., Ormat Nevada, Inc. and Ormat Technologies, Inc. (collectively "Defendants"), by and through their respective counsel, stipulate as follows:

Plaintiffs filed their Complaint and Civil Cover Sheet in this action on July 8, 2014.

That same day, the Court issued the following documents:  (1) Summons to Defendants; (2) Order Requiring Joint Status Report; (3) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions and Consent or Declination to Jurisdiction of Magistrate Judge; and (4) Notice of Availability of Voluntary Dispute Resolution.

On July 10, 2014, counsel for Defendants, Steven G. Jones, contacted counsel for Plaintiffs, Richard Drury, and informed Mr. Drury that Defendants would be willing to waive service of the Summons issued by the Court.  That same day, Mr. Drury provided Mr. Jones with electronic copies of the following documents:  (1) Plaintiffs' Complaint; (2) the Civil Cover Sheet prepared by Plaintiffs and endorsed by the Court; (3) Summons issued by the Court; (4) Order Requiring Joint Status Report; (5) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions and Consent or Declination to Jurisdiction of Magistrate Judge; and (6) Notice of Availability of Voluntary Dispute Resolution.

On July 23, 2014, counsel for Plaintiffs and Defendants agreed that:  (1) Defendants would waive service of the Summons in this matter; (2) Mr. Drury's electronic transmittal of documents to Mr. Jones on July 10, 2014 would be deemed effective service of those documents on Defendants; and (3) Defendants would have until September 8, 2014 (60 days from July 10, 2014) to either file their Answer or otherwise respond to Plaintiffs' Complaint.

1 | IT IS SO STIPULATED this 28th day of July, 2014.

2 | LOZEAU|DRURY LLP

4 | */s/ Richard T. Drury*
Richard T. Drury (Cal. Bar No. 163559)
5 | Counsel for Plaintiffs

6 | HOLLAND & HART LLP

7 | */s/ Matthew B. Hippler*
8 | MATTHEW B. HIPPLER (Cal. Bar No. 212036)

9 | and

10 | STEVEN G. JONES (*Pro Hac Vice Application pending*)
EMILY C. SCHILLING (*Pro Hac Vice Application pending*)
11 | HOLLAND & HART LLP
Counsel for Defendants

HOLLAND & HART LLP
222 SO. MAIN STREET, SUITE 2200
SALT LAKE CITY, UTAH 84101

STIPULATION AND ORDER RE: SERVICE OF INITIAL PAPERS AND DEADLINE FOR DEFENDANTS' ANSWER OR RESPONSE   Case No. 2:14-cv-01612-MCE-KJN
3

**ORDER**

Based on the Parties' Stipulation above, the Court enters the following ORDER:

1. Plaintiffs' electronic transmittal of documents to Defendants' counsel on July 10, 2014 constitutes effective service of the following documents on Defendants:

    (1) Plaintiffs' Complaint;

    (2) Civil Cover Sheet;

    (3) Summons issued by the Court;

    (4) Notice of Availability of Voluntary Dispute Resolution;

    (5) Order Requiring Joint Status Report; and,

    (6) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions and Consent or Declination to Jurisdiction of Magistrate Judge.

2. Defendants' Answer or other response to Plaintiffs' Complaint is due on or before September 8, 2104.

IT IS SO ORDERED.

Dated: July 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

HOLLAND & HART LLP
222 SO. MAIN STREET, SUITE 2200
SALT LAKE CITY, UTAH 84101