Richard T. Drury (State Bar No. 163559)
Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California  94607
Tel:  (510) 836-4200; Fax: (510) 836-4205
E-mail: richard@lozeaudrury.com
E-mail: doug@lozeaudrury.com
Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a California nonprofit corporation; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 783, an organized labor union; RANDAL SIPES, JR., an individual; RUSSEL COVINGTON, an individual, | Case No. 2:14-cv-01612-MCE-KJN |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR RULE 12 AND RULE 19 MOTIONS** |
| vs. | **[Local Rules 143, 144]** |
| MAMMOTH PACIFIC, L.P., a California Limited Partnership; ORMAT NEVADA, INC., a Delaware Corporation; ORMAT TECHNOLOGIES, INC., a Delaware Corporation; and DOES I – X, inclusive, | **Hon. Morrison C. England, Jr.** |
| Defendants. | |

Pursuant to Local Rules 143 and 144 all parties in the above-captioned action hereby stipulate and request that the Court extend the hearing date by 28-days and related briefing schedule for the motions filed on September 8, 2014 (Docket Numbers 13 and 16), as follows:

1.  Opposition Briefs shall be filed on or before October 16, 2014;

2.  Reply Briefs shall be filed on or before October 30, 2014;

3.  Hearing shall be held on November 13, 2014, or as soon thereafter as is convenient for the Court (unless the Court determines that a hearing is not required).

1    Good cause exists for this extension of time because Plaintiffs' lead counsel's mother in law

2    has become terminally ill with untreatable cancer, requiring Plaintiffs' lead counsel to be absent

3    from the office.

4    There have been no prior extensions of time sought or issued for these motions.

5    **IT IS SO STIPULATED.**

6    Dated: September 24, 2014           Respectfully submitted,
                                          LOZEAU DRURY LLP
7

8
                                          By: _/s/ *Richard T. Drury*_____
9                                              RICHARD T. DRURY
                                               Attorneys for all Plaintiffs
10

11                                        HOLLAND & HART LLP

12

13                                        By: __/s/ *Steven G. Jones*_____
                                               (as authorized on September 24, 2014)
14                                             STEVEN G. JONES
                                               Attorneys for all Defendants
15

16                                **ORDER**

17    Pursuant to the parties' joint stipulation (ECF No. 19) and good cause appearing therein, the

18    parties' request is GRANTED.  The hearing on the two pending Motions to Dismiss (ECF Nos. 14,

19    17) is CONTINUED from October 16, 2014 to November 13, 2014 at 2:00pm.  As set forth above,

20    opposition briefs (or statements of non-opposition) shall be filed on or before October 16, 2014 and

21

22    reply briefs, if any, shall be filed on or before October 30, 2014.

23    **IT IS SO ORDERED.**

24    Dated:  September 29, 2014

25

26                                        _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
27                                        UNITED STATES DISTRICT COURT

28

STIPULATION AND
ORDER TO CONTINUE HEARING DATE                                CASE NO. 2:14-cv-01612-MCE-KJN