Richard T. Drury (State Bar No. 163559)
Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California  94607
Tel:  (510) 836-4200; Fax: (510) 836-4205
E-mail: richard@lozeaudrury.com
E-mail: doug@lozeaudrury.com

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a California nonprofit corporation; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 783, an organized labor union; RANDAL SIPES, JR., an individual; RUSSEL COVINGTON, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MAMMOTH PACIFIC, L.P., a California Limited Partnership; ORMAT NEVADA, INC., a Delaware Corporation; ORMAT TECHNOLOGIES, INC., a Delaware Corporation; and DOES I – X, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-01612-MCE-KJN<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF GLOBAL COMMUNITY MONITOR**<br><br>**Hon. Morrison C. England, Jr.** |

　　　　This matter came before the Court by stipulation of all parties.  ECF No. 56.  Pursuant to FRCP 41(a)(1)(A)(ii) all parties stipulated and agreed that all claims by PLAINTIFF GLOBAL COMMUNITY MONITOR ("GCM") as set forth in its Complaint filed in Case No. 2:14-cv-01612-MCE-KJN are dismissed, with prejudice, each party to bear its own costs and fees.

///

///

///

1    The Parties' joint stipulation is GRANTED. The Dismissal of GCM's claims does not
2 affect the rights of the remaining Plaintiffs to continue to litigate the claims set forth in the
3 Complaint.
4    IT IS SO ORDERED.
5 Dated:  July 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE