MATTHEW B. HIPPLER (Cal. Bar No. 212036)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel:  (775) 327-3000
Fax: (775) 786-6179
mbhippler@hollandhart.com

STEVEN G. JONES (*Admitted Pro Hac Vice*)
EMILY C. SCHILLING (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
222 So. Main Street, Suite 2200
Salt Lake City, UT 84101
Tel:  (801) 799-5800
Fax: (801) 799-5700
sgjones@hollandhart.com
ecschilling@hollandhart.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a California nonprofit corporation; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 783, an organized labor union; RANDAL SIPES, JR., an individual; RUSSEL COVINGTON, an individual;<br><br>   Plaintiffs,<br><br>v.<br><br>MAMMOTH PACIFIC, L.P., a California Limited Partnership; ORMAT NEVADA, INC., a Delaware Corporation; ORMAT TECHNOLOGIES, INC. a Delaware Corporation; and DOES I-X, inclusive,<br><br>   Defendants. | Case No.  2:14-cv-01612-MCE-KJN<br><br>**STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>**Honorable Morrison C. England, Jr.** |

**RECITALS**

1. On June 20, 2016, the Court signed a Stipulation and Order (Dkt. No. 63) setting briefing schedules for Plaintiffs' Motion for Leave to Amend Their Complaint and the parties' Dispositive Motions.

2. That Stipulation and Order provided that, in the event the Court issued a decision on the Plaintiffs' Motion for Leave to File Amended Complaint after August 5, 2016, the briefing schedule for the parties' Dispositive Motions would be extended by the number of days between August 5, 2016 and the date of the Court's decision, and that the parties' Dispositive Motions would be noted for the next available hearing date on the Court's calendar. *See* Dkt. No. 63 at 3:17-22.

3. The Court issued a Memorandum and Order denying Plaintiffs' Motion for Leave to File Amended Complaint on August 11, 2016. (Dkt No. 70).

**STIPULATION**

Applying on the terms of the Court's June 20, 2016 Order, and extending the schedule by a week based on the date the Court issued its Memorandum and Order Denying Plaintiffs' Motion for Leave to File Amended Complaint, the schedule for the Parties' Dispositive Motions is amended as follows:

| | |
|---|---|
| August 18, 2016: | Initial dispositive motions filed; |
| September 8, 2016: | Opposition briefs and any cross-motions due; |
| September 22, 2016: | Reply briefs and opposition to cross-motions due; |
| October 6, 2016: | Reply briefs on cross-motions (if any) due; |
| October 20, 2016: | Hearing on dispositive motions and cross-motions (if any). |

So Stipulated this 17th day of August, 2016:

HOLLAND & HART LLP

*s/ Steven G. Jones*
MATTHEW HIPPLER
STEVEN G. JONES (*Admitted Pro Hac Vice*)
EMILY C. SCHILLING (*Admitted Pro Hac Vice*)

Attorneys for Defendants

LOZEAU | DRURY

*s/ Meredith Wilensky*
RICHARD DRURY
DOUGLAS CHERMAK
MEREDITH WILENSKY

Attorneys for Plaintiffs

## ORDER

Based on the parties' Stipulation as outlined above, the Court enters the following Order:

1. The Court modifies the briefing schedule for the parties' Dispositive Motions as follows:

| | |
|---|---|
| August 18, 2016: | Initial dispositive motions filed; |
| September 8, 2016: | Opposition briefs and any cross-motions due; |
| September 22, 2016: | Reply briefs and opposition to cross-motions due; |
| October 6, 2016: | Reply briefs on cross-motions (if any) due; |
| October 20, 2016: | Hearing on dispositive motions and cross-motions (if any). |

2. Apart from the modification of the briefing schedule on the parties' Dispositive Motions outlined above, all other deadlines established in the Court's Pretrial Scheduling Order (Dkt No. 31) remain in effect.

IT IS SO ORDERED.

DATED: August 17, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE