MATTHEW B. HIPPLER (Cal. Bar No. 212036)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
mbhippler@hollandhart.com

STEVEN G. JONES (*Admitted Pro Hac Vice*)
EMILY C. SCHILLING (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
222 So. Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5800
Fax: (801) 799-5700
sgjones@hollandhart.com
ecschilling@hollandhart.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a California nonprofit corporation; LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 783, an organized labor union; RANDAL SIPES, JR., an individual; RUSSEL COVINGTON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH PACIFIC, L.P., a California Limited Partnership; ORMAT NEVADA, INC., a Delaware Corporation; ORMAT TECHNOLOGIES, INC. a Delaware Corporation; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01612-MCE-KJN<br><br>**STIPULATION AND ORDER SETTING PAGE LIMITS FOR DISPOSITIVE MOTIONS, CROSS-MOTIONS AND REPLIES**<br><br>**Hon. Morrison C. England, Jr.** |

## RECITALS

On June 20, 2016, the Court entered an Order (Dkt No. 63) setting the briefing schedule for dispositive motions in this matter, ordering that the parties' dispositive motions are to be filed on August 11, 2016.

Per the Court's Pretrial Scheduling Order (Dkt No. 31), page limits for points and authorities are set at 20 pages for opening papers and responses and 10 pages for replies. Dkt. 31 at 5:3-5. The Pretrial Scheduling Order also requires that "all issues the parties with to resolve on summary judgment must be raised together in one (1) motion or cross-motion." *Id.* at 4:13-14.

## STIPULATION

In order to comply with the Court's Order to present all issue capable of resolution in a single dispositive motion, the parties hereby stipulate and request that the Court extend the page limits on all dispositive motions, any cross-motions and any responses to such motions to thirty (30) pages, and to extend the page limits on reply memoranda to 15 pages, exclusive of exhibits and supporting documentation and exclusive of the Statements of Undisputed Facts required under Local Rule 260(a).

**SO STIPULATED this 4th day of August, 2016.**

HOLLAND & HART LLP

*s/ Steven G. Jones*
MATTHEW HIPPLER
STEVEN G. JONES (*Admitted Pro Hac Vice*)
EMILY C. SCHILLING (*Admitted Pro Hac Vice*)

Attorneys for Defendants

LOZEAU DRURY LLP

*s/ Douglas J. Chermak*
RICHARD L. DRURY
DOUGLAS J. CHERMAK
MEREDITH WILENSKY

Attorneys for Plaintiffs

**ORDER**

Based on the parties' stipulation above, and good cause being shown, namely, the need to allow the presentation of all issues capable of resolution by dispositive motion in a single motion, the Court hereby orders that the page limits on all dispositive motions, any cross-motions and any responses to such motions are set at thirty (30) pages, and the page limit on reply memoranda is set at 15 pages, exclusive of exhibits and supporting documentation and exclusive of the Statements of Undisputed Facts required under Local Rule 260(a).

IT IS SO ORDERED.

Dated:  October 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE